**Order entered October 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01061-CR

### DARRELL DEWAYNE SNEED, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-60730-Y

## ORDER

The Court **REINSTATES** the appeal.

On August 20, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent is represented by court-appointed counsel Riann Moore; (3) Ms. Moore's explanation for the delay in filing appellant's brief is her workload and that she had been on maternity leave; and (4) Ms. Moore requested thirty days from the October 10, 2013 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **NOVEMBER 12, 2013**. Because appellant's brief is already three months overdue, no further extensions will be granted. If appellant's brief is not filed by the date specified, we will order that Riann Moore and the Dallas County Public

Defender's Office be removed as counsel and order the trial court to appoint a new attorney to represent appellant in the appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Katherine Drew, Appellate Chief, Dallas County Public Defender's Office; Riann Moore, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/     DAVID EVANS
        JUSTICE